UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY KOEPPEL, individually,

      Plaintiff,

vs.

Case No. 6:15-cv-1800-Orl-40DAB

VALENCIA COLLEGE, a Florida public college, THE VALENCIA COLLEGE BOARD OF TRUSTEES, JOYCE C. ROMANO, in her individual capacity, JOSEPH M. SARRUBBO JR., in his individual capacity, and THOMAS DECKER, in his individual capacity,

      Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

  X    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of

Other Actions upon each party no later than eleven day after appearance of the party.

Respectfully submitted, this 9th day of November, 2015.

/s/ Howard S. Marks
Howard S. Marks
Florida Bar No. 0750085
Email: hmarks@burr.com
Secondary: dmmorton@burr.com
Secondary: mrannell@burr.com
Baya W. Harrison
Florida Bar No. 114085
Email: bharrison@burr.com
Secondary: dmmorton@burr.com
Burr & Forman, LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Plaintiff*