UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:15-cv-1800-Orl-40DAB

JEFFREY KOEPPEL, individually,

      Plaintiff,

vs.

VALENCIA COLLEGE, a Florida public
college, THE VALENCIA COLLEGE
BOARD OF TRUSTEES, JOYCE C.
ROMANO, in her individual capacity,
JOSEPH M. SARRUBBO JR., in his
individual capacity, and THOMAS DECKER,
in his individual capacity,

      Defendants.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff, JEFFREY KOEPPEL ("Koeppel"), by and through his undersigned counsel, and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and discloses the following information pursuant to the Court's Related Case Order and Track Two Notice dated October 26, 2015:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies

that own 10% or more of the party's stock and all other identifiable legal entities related to a party:

Howard S. Marks, Esquire, attorney for Plaintiff

Baya W. Harrison, Esquire, attorney for Plaintiff

Burr & Forman, LLP, attorneys for Plaintiff

John Doe, (the Court recently determined that the Plaintiff could not pursue the matter under a pseudonym, the Plaintiff is now identified as Jeffrey Koeppel, an individual)

Joyce C. Romano, an individual

Joseph M. Sarrubbo, Jr., an individual

Thomas Decker, an individual

Valencia College, a Florida Public College

The Valencia College Board of Trustees

Lew Oliver, Chair, Valencia College Board of Trustees

Bruce Carlson, Vice Chair, Valencia College Board of Trustees

Maria Grulich, Trustee, Valencia College Board of Trustees

Raymer F. Maguire, III, Trustee, Valencia College Board of Trustees

John Crossman, Trustee, Valencia College Board of Trustees

Guillermo Hansen, Trustee, Valencia College Board of Trustees

Daisy Lopez, Trustee, Valencia College Board of Trustees

25646495 v1

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None (other than the entities listed in response to No. 1).

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors).

   Not applicable.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

   Not Applicable.

5. Check one of the following:

   X     a. I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

   _____     b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Jude as follows: (explain)

25646495 v1

I further certify that I will serve a copy of this NOTICE upon each party no later than eleven day after appearance of the party,

Dated this 9th day of November, 2015.

Respectfully submitted,

Howard S. Marks
Florida Bar No. 0750085
Email: hmarks@burr.com
Secondary: dmmorton@burr.com
Secondary:  mrannell@burr.com
Baya W. Harrison
Florida Bar No. 114085
Email: bharrison@burr.com
Secondary: dmmorton@burr.com
Burr & Forman, LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Plaintiff*

25646495 v1