UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY KOEPPEL, individually,

    Plaintiff,

v.

VALENCIA COLLEGE, a Florida public college, THE VALENCIA COLLEGE BOARD OF TRUSTEES, JOYCE C. ROMANO, in her individual capacity, JOSEPH M. SARRUBBO JR., in his individual capacity, and THOMAS DECKER, in his individual capacity.

    Defendants.

Civil No. 6:15-cv-1800-Orl-40DAB

## MOTION FOR WITHDRAWAL AS COUNSEL
## AND
## MOTION FOR SUBSTITUTION OF COUNSEL

Burr & Forman, LLP, through Howard S. Marks and Baya W. Harrison, counsel for Plaintiff, Jeffrey Koeppel ("Plaintiff"), hereby move the Court pursuant to Rule 2.03, Local Rules, Middle District of Florida, for an order permitting them to withdraw as counsel of record for Plaintiff in this action, and Greenspoon Marder, P.A., through attorney Edmund O. Loos III, seeks permission to be substituted in place of Burr & Forman, LLP.

As grounds for this Motion:

1. Burr & Forman, LLP has been counsel for Plaintiff since the commencement of this case.

2. Through no fault of the Plaintiff, a matter has been brought to counsels' attention that could be used to question counsels' obligation to zealously advocate for the Plaintiff and as such, counsel wishes to withdraw as counsel for the Plaintiff.

3. Plaintiff understands and accepts the withdrawal of Burr & Forman, LLP.

4. Because this case is still in the preliminary stages of the proceedings, Plaintiff will not be prejudiced by Burr & Forman, LLP withdrawing from this action.

5. Pursuant to Local Rule 2.03, Plaintiff and opposing counsel, Richard E. Mitchell, for Defendants Valencia College, The Valencia College Board of Trustees, Joyce C. Romano, Joseph M. Sarrubbo, Jr., and Thomas Decker ("Defendants") were provided notice of Burr & Forman, LLP's intention to withdraw prior to the filing of this motion.[1]

6. Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Richard E. Mitchell, Esq. counsel of record for the Defendants, and there were no objections.

7. On January 8, 2016, Edmund O. Loos III, Brent D. Kimball, and the law firm of Greenspoon Marder, P.A., filed its Notice of Appearance as counsel for Plaintiff in this matter. (Doc # 11)

8. Edmund O. Loos III and Brent D. Kimball are licensed to practice in the Middle District of Florida, and requests that they be designated Counsel of Record on behalf of Plaintiff, Jeffrey Koeppel.

---

[1] The Plaintiff has had more than ten days notice, counsel for the Defendants, Valencia College, The Valencia College Board of Trustees, Joyce C. Romano, Joseph M. Sarrubbo, Jr. and Thomas Decker, were provided notice on January 22, 2016. Counsel for Plaintiff understands that the Court may wait ten days before issuing its order notwithstanding that counsel for the Defendants does not object to the withdrawal of Burr & Forman, LLP as counsel.

9. Edmund O. Loos III, Brent D. Kimball, Howard S. Marks, Baya W. Harrison, and Plaintiff Jeffrey Koeppel are all in agreement that this substitution is necessary to allow this case to proceed.

THEREFORE, the Court should grant the counsel's Motion to Withdraw as Counsel and Motion for Substitution of Counsel.

DATED: January 25, 2016

*Respectfully submitted,*

| s/Howard S. Marks | s/Edmund O. Loos III |
|---|---|
| HOWARD S. MARKS, ESQ. | EDMUND O. LOOS III, ESQ. |
| Florida Bar No. 0750085 | Florida Bar No. 899161 |
| hmarks@burr.com | edmund.loos@gmlaw.com |
| BAYA W. HARRISON | GREENSPOON MARDER, P.A. |
| Florida Bar No. 114085 | Capital Plaza I, Suite 500 |
| bharrison@burr.com | 201 East Pine Street |
| BURR & FORMAN, LLP | Orlando, FL 32801 |
| 200 S. Orange Ave., Suite 800 | 407-425-6559 (Telephone) |
| Orlando, FL 32801 | 407-563-9665(Facsimile) |
| 407-540-6600 (Telephone) | |
| 407-540-6601 (Facsimile) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 25th day of January, 2016. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing electronically.

s/Howard S. Marks
HOWARD S. MARKS