UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY KOEPPEL, individually,

    Plaintiff,

  vs.                                          Case No. 6:15-cv-1800-ORL-40DAB

THE DISTRICT BOARD OF TRUSTEES OF VALENCIA COLLEGE, FLORIDA; DR. JOYCE C. ROMANO; DR. JOSEPH M. SARRUBBO, JR., and THOMAS DECKER,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, the District Board of Trustees of Valencia College, Florida, ("Valencia"), Dr. Joyce Romano, Dr. Joseph Sarrubbo and Mr. Thomas Decker, pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully request this Honorable Court to render an Order granting Defendants a ten (10) day enlargement of time to answer or otherwise respond to Plaintiff's Second Amended Complaint, and in support state:

1. Pursuant to L. R. 3.01(g), counsel for Defendants conferred with counsel for Plaintiff regarding this requested enlargement, and is authorized to confirm Plaintiff's consent to same.

2. Defendants' current deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint is February 29, 2016. (Doc. No. 32).

3. Defense counsel is diligently investigating the alleged factual bases and record underlying Plaintiff's eighteen (18) count Second Amended Complaint, including

the coordination and completion of numerous fact witness interviews. At least four (4) such interviews remain to be completed, and due to scheduling conflicts and other pressing commitments, defense counsel is unable to complete them and other investigatory steps in time to allow for the completion and filing of Defendants' good faith response or pleading by the current deadline of Monday, February 29, 2016.

4. Should the Court grant this requested relief, Defendants will not seek a further enlargement of their response deadline.

## **MEMORANDUM OF LAW**

Rule 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

Defendants respectfully request this enlargement of time to further analyze and consider the underlying facts of this case prior to answering or otherwise responding to Plaintiff's eighteen (18) count complaint. This motion is not filed for purposes of delay, the granting of this requested relief will not prejudice any Party or the forward progress of this action, and Defendants will not seek any further enlargement of their response deadline.

**WHEREFORE**, Defendants respectfully request this Honorable Court to render an Order granting Defendants a ten (10) day enlargement of time to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Respectfully submitted this 23rd day of February, 2016.

                                                */s/ Richard E. Mitchell*
                                                RICHARD E. MITCHELL, ESQ.

Florida Bar No.: 0168092
Richard.Mitchell@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Post Office Box 3068 (32802-3068)
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Lead Trial Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered users.

*/s/ Richard E. Mitchell*
Richard E. Mitchell, Esq.