# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY KOEPPEL,**

    **Plaintiff,**

v.                                                             Case No:   6:15-cv-1800-Orl-40DAB

**THE DISTRICT BOARD OF TRUSTEES
OF VALENCIA COLLEGE, FLORIDA,
JOYCE C. ROMANO, JOSEPH M.
SARRUBBO, JR. and THOMAS
DECKER,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR LEAVE TO FILE DOCUMENT (Doc. No. 42)**
>
> **FILED:**       **March 23, 2016**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.
>
> ---
>
> **MOTION:**    **MOTION TO STAY (Doc. No. 43)**
>
> **FILED:**       **March 24, 2016**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff seeks leave to file a Third Amended Complaint, but does not tender the proposed pleading. Rather, Plaintiff seeks a 45 day enlargement of time in which to file another complaint, noting that new counsel has appeared, the parties previously stipulated to a 45 day enlargement, and

new counsel discovered on March 21 that she would have to travel internationally "in the next two weeks." None of these grounds warrants the relief sought.

Plaintiff acknowledges that his new counsel appeared in January – two months prior to the instant motions. Further, the stipulation he references was filed February 1, 2016 (Doc. 31). Even if the stipulation were in effect, any agreed-to extension expired prior to the filing of the instant motions. Indeed, such an extension expired prior to Plaintiff's counsel's discovery of her need to travel.

Although Defendants contend that any amendment is futile, the Court cannot evaluate this contention in the abstract, and Plaintiff provides no clues as to the nature of the "substantive amendment of the factual allegations and legal claims" he hopes to present. Without any pleading before it, the Court declines to consider *at this juncture* whether this inchoate potential new pleading should nonetheless be allowed. The motion for leave to amend is therefore denied, at present. The denial is, of course, without prejudice to the District Judge's consideration of whether further amendment should be allowed, in the context of his review of the pending motion to dismiss.

For similar reasons, the request for a stay or extension of time in which Plaintiff must file his response to the pending Omnibus Motion to Dismiss and Motion for Summary Judgment (Doc. 40) is also denied. Plaintiff shall have until **April 15, 2016** in which to file any response to the motion.

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2016.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record