UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY KOEPPEL, individually,

    Plaintiff,

v.                                      Case No. 6:15-cv-1800-Orl-40DAB

THE DISTRICT BOARD OF TRUSTEES
OF VALENCIA COLLEGE, FLORIDA,
DR. JOYCE C. ROMANO, in her individual
capacity, DR. JOSEPH M. SARRUBBO JR.,
in his individual capacity, and THOMAS
DECKER, in his individual capacity,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT [DOC 54]

Plaintiff, JEFFREY KOEPPEL, respectfully requests this Honorable Court render an Order striking Memorandum in Opposition to Defendants Motion to Dismiss and for Summary Judgment [Doc 54] (the "Memorandum") and removing it from the public records, and as grounds states as follows:

1.    On April 29, 2016, Plaintiff filed his Memorandum [Doc 54].

2.    Shortly thereafter, opposing counsel contacted the undersigned and brought an error to the undersigned's attention. Specifically, Jane Doe's true name was not redacted in portions of the exhibits which were attached to the filing. The undersigned realized that opposing counsel was correct and immediately began drafting the instant motion in an attempt to remedy the issue as soon as possible.

3. The error was not intentional.

4. Plaintiff has filed a Notice to Strike and Withdraw [Doc 55] the Memorandum in Opposition to Defendants Motion to Dismiss and for Summary Judgment in order to withdraw the Memorandum from the public record.

5. Plaintiff has re-filed the Memorandum in Opposition to Defendants Motion to Dismiss and for Summary Judgment (Corrected) [Doc 56] with the redacted exhibits.

6. In an abundance of caution Plaintiff files this Motion to Strike [Doc 54] in order to ensure that the Memorandum [Doc 54] containing the un-redacted exhibits is stricken and removed from the public record.

7. Plaintiff respectfully requests that the Court strike Plaintiff's Memorandum [Doc 54], and accept the corrected, redacted Memorandum [Doc 56) filed immediately prior to this Motion.

WHEREFORE, Plaintiff, JEFFREY KOEPPEL, respectfully requests this Honorable Court to render an Order striking Plaintiff's Memorandum in Opposition to Defendants Motion to Dismiss and for Summary Judgment [Doc 54] from the public record and accepting Plaintiff's corrected, redacted Memorandum in Opposition to Defendants Motion to Dismiss and for Summary Judgment (Corrected) [Doc 56].

## RULE 3.01 (g) CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on April 29, 2016, Edmund O. Loos III, Esq., as co-counsel for Plaintiff communicated on this Motion to Strike with Richard E. Mitchell, Esq., counsel for Defendants, The District Board of Trustees of Valencia College, Florida, Joyce C. Romano, Joseph M. Sarrubbo, Jr., and Thomas Decker, who have agreed to the granting of the relief in this Motion to Strike.

GREENSPOON MARDER, P.A.
Capital Plaza I, Suite 500
201 East Pine Street
Orlando, Florida 32801
*Co-Counsel for Plaintiff*
Telephone: (407) 425-6559
Facsimile: (407) 563-9665
Email: Edmund.loos@gmlaw.com

By: */s/ EDMUND O. LOOS III*
EDMUND O. LOOS III
Florida Bar No. 899161

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2016, I electronically filed the foregoing Motion by using the CM/ECF system and I caused a true and correct copy to be served upon counsel of record Richard E. Mitchell, Esq., GrayRobinson, P.A., 301 East Pine St., Suite 1400, Post Office Box 3068 (32802-3068), Orlando, FL 32801; and Kimberly C. Lau, Esq., Warshaw Burstein, LLP, 555 Fifth Avenue, New York, NY 10017 via the Court's ECF system.

By: */s/ EDMUND O. LOOS III*
EDMUND O. LOOS III
Florida Bar No. 899161

3