# EXHIBIT 10

Case 6:15-cv-01800-PGB-KRS    Document 152-10    Filed 05/03/17    Page 1 of 14 PageID
4168

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY KOEPPEL, individually,

        Plaintiff,

        v.                              Case No. 15-cv-1800-Orl-40KRS

THE DISTRICT BOARD OF TRUSTEES OF
VALENCIA COLLEGE, FLORIDA, DR.
JOYCE C. ROMANO, in her individual capacity,    JURY VERDICT FORM
DR. JOSEPH M. SARRUBBO JR., in his
individual capacity, THOMAS DECKER, in his
individual capacity, and SANFORD C.
SHUGART, in his individual capacity,

        Defendants.

_____/

**WE THE JURY RETURN THE FOLLOWING VERDICT:**

  **I.**    **Violation of Procedural Due Process Rights Pursuant to 42 U.S.C. § 1983**

    1.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of procedural due process rights pursuant to 42 U.S.C. § 1983 against the Defendant JOYCE C. ROMANO.

    Yes _____        No _____

    If you answered "Yes" to question number 1, please proceed to question number 2.

    If you answered "No" to question number 1, please proceed to question number 3.

    2.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of procedural due process rights pursuant to 42 U.S.C. § 1983 by the Defendant JOYCE C. ROMANO.

    $ _____.

{975609.1 }                    1

Please proceed to question number 3.

3.      The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of procedural due process rights pursuant to 42 U.S.C. § 1983 against the Defendant JOSEPH M. SARRUBBO, JR.

Yes _____          No _____

If you answered "Yes" to question number 3, please proceed to question number 4.

If you answered "No" to question number 3, please proceed to question number 5.

4.      The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of procedural due process rights pursuant to 42 U.S.C. § 1983 by the Defendant JOSEPH M SARRUBBO, JR..

$ _____.

Please proceed to question number 5.

5.      The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of procedural due process rights pursuant to 42 U.S.C. § 1983 against the Defendant THOMAS DECKER.

Yes _____          No _____

If you answered "Yes" to question number 5, please proceed to question number 6.

If you answered "No" to question number 5, please proceed to question number 7.

6.      The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of procedural due process rights pursuant to 42 U.S.C. § 1983 by the Defendant THOMAS DECKER.

$ _____.

Please proceed to question number 7.

7.      The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of procedural due process rights pursuant to 42 U.S.C. § 1983 against the Defendant SANFORD C. SHUGART.

Yes _____          No _____

If you answered "Yes" to question number 7, please proceed to question number 8.

If you answered "No" to question number 7, please proceed to question number 9.

8.      The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of procedural due process rights pursuant to 42 U.S.C. § 1983 by the Defendant SANFORD C. SHUGART.

$ _____.

Please proceed to question number 9.


II.     **Violation of Substantive Due Process Rights Pursuant to 42 U.S.C. § 1983**


9.      The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of substantive due process rights pursuant to 42 U.S.C. § 1983 against the Defendant JOYCE C. ROMANO.

Yes _____          No _____

If you answered "Yes" to question number 9, please proceed to question number 10.

If you answered "No" to question number 9, please proceed to question number 11.

{975609.1 }                                          3

10.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of substantive due process rights pursuant to 42 U.S.C. § 1983 by the Defendant JOYCE C. ROMANO.

$ _____.

Please proceed to question number 11.

11.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of substantive due process rights pursuant to 42 U.S.C. § 1983 against the Defendant JOSEPH M. SARRUBBO, JR.

Yes _____        No _____

If you answered "Yes" to question number 11, please proceed to question number 12.

If you answered "No" to question number 11, please proceed to question number 13.

12.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of substantive due process rights pursuant to 42 U.S.C. § 1983 by the Defendant JOSEPH M SARRUBBO, JR..

$ _____.

Please proceed to question number 13.

13.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of substantive due process rights pursuant to 42 U.S.C. § 1983 against the Defendant THOMAS DECKER.

Yes _____        No _____

If you answered "Yes" to question number 13, please proceed to question number 14.

If you answered "No" to question number 13, please proceed to question number 15.

14.     The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of substantive due process rights pursuant to 42 U.S.C. § 1983 by the Defendant THOMAS DECKER.

$ _____.

Please proceed to question number 15.

15.     The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of substantive due process rights pursuant to 42 U.S.C. § 1983 against the Defendant SANFORD C. SHUGART.

Yes _____          No _____

If you answered "Yes" to question number 15, please proceed to question number 16.

If you answered "No" to question number 15, please proceed to question number 17.

16.     The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of substantive due process rights pursuant to 42 U.S.C. § 1983 by the Defendant SANFORD C. SHUGART\.

$ _____.

Please proceed to question number 17.

III.    **Flawed Procedure and Erroneous Outcome in Violation of Title IX**

17.     The Plaintiff JEFFREY KOEPPEL has proven his claim for erroneous outcome in violation of Title IX against the Defendant VALENCIA COLLEGE.

Yes _____          No _____

{975609.1 }                          5

If you answered "Yes" to question number 17, please proceed to question number 18.

If you answered "No" to question number 17, please proceed to question number 19.

18.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of Title IX by the Defendant VALENCIA COLLEGE.

$ _____.

Please proceed to question number 19.

### IV.    Violation of First Amendment as Facially Unconstitutional Pursuant to 42 U.S.C. § 1983

19.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 against the Defendant JOYCE C. ROMANO.

Yes _____          No _____

If you answered "Yes" to question number 19, please proceed to question number 20.

If you answered "No" to question number 19, please proceed to question number 21.

20.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 by the Defendant JOYCE C. ROMANO.

$ _____.

Please proceed to question number 21.

21.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 against the Defendant JOSEPH M. SARRUBBO, JR.

Yes _____        No _____

If you answered "Yes" to question number 21, please proceed to question number 22.

If you answered "No" to question number 21, please proceed to question number 23.

22.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 by the Defendant JOSEPH M SARRUBBO, JR..

$ _____.

Please proceed to question number 23.

23.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 against the Defendant THOMAS DECKER.

Yes _____        No _____

If you answered "Yes" to question number 23, please proceed to question number 24.

If you answered "No" to question number 23, please proceed to question number 25.

24.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 by the Defendant THOMAS DECKER.

$ _____.

Please proceed to question number 25.

25.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 against the Defendant SANFORD C. SHUGART.

{975609.1 }                                7

Yes _____         No _____

If you answered "Yes" to question number 25, please proceed to question number 26.

If you answered "No" to question number 25, please proceed to question number 27.

26.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as facially unconstitutional pursuant to 42 U.S.C. § 1983 by the Defendant SANFORD C. SHUGART.

$ _____.

Please proceed to question number 27.


## V.    Violation of First Amendment as Applied Pursuant to 42 U.S.C. § 1983

27.    The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 against the Defendant JOYCE C. ROMANO.

Yes _____         No _____

If you answered "Yes" to question number 27, please proceed to question number 28.

If you answered "No" to question number 27, please proceed to question number 29.

28.    The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 by the Defendant JOYCE C. ROMANO.

$ _____.

Please proceed to question number 29.

{975609.1 }                              8

29.     The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 against the Defendant JOSEPH M. SARRUBBO, JR.

Yes _____          No _____

If you answered "Yes" to question number 29, please proceed to question number 30.

If you answered "No" to question number 29, please proceed to question number 31.

30.     The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 by the Defendant JOSEPH M SARRUBBO, JR..

$ _____.

Please proceed to question number 31.

31.     The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 against the Defendant THOMAS DECKER.

Yes _____          No _____

If you answered "Yes" to question number 31, please proceed to question number 32.

If you answered "No" to question number 31, please proceed to question number 33.

32.     The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 by the Defendant THOMAS DECKER.

$ _____.

Please proceed to question number 33.

{975609.1 }                                9

33.     The Plaintiff JEFFREY KOEPPEL has proven his claim for violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 against the Defendant SANFORD C. SHUGART.

Yes _____          No _____

If you answered "Yes" to question number 33, please proceed to question number 34.

If you answered "No" to question number 33, please proceed to question number 35.

34.     The Plaintiff JEFFREY KOEPPEL sustained damages in this amount based on the violation of the First Amendment as unconstitutional as applied pursuant to 42 U.S.C. § 1983 by the Defendant SANFORD C. SHUGART.

$ _____.

Please proceed to question 35.

## VI.     Punitive Damages

35.     If you answered "Yes" to Questions 1, 9, 19, or 27, has Plaintiff proven by a preponderance of the evidence that the actions of the Defendant JOYCE C. ROMANO were knowing, intentional, and without justification?

Yes _____          No _____

If you answered "Yes" to question number 35, please proceed to question number 36.

If you answered "No" to question number 35, please proceed to question number 37.

36.     The Plaintiff JEFFREY KOEPPEL is awarded punitive damages against the Defendant JOYCE C. ROMANO in the following amount.

$ _____.

{975609.1 }                              10

Please proceed to question number 37.

37. If you answered "Yes" to Questions 3, 11, 21, or 29, has Plaintiff proven by a preponderance of the evidence that the actions of the Defendant JOSEPH M. SARRUBBO, JR. were knowing, intentional, and without justification?

Yes _____    No _____

If you answered "Yes" to question number 37 please proceed to question number 38.

If you answered "No" to question number 37, please proceed to question number 39.

38. The Plaintiff JEFFREY KOEPPEL is awarded punitive damages against the Defendant JOSEPH M. SARRUBBO, JR in the following amount.

$ _____.

Please proceed to question number 39.

39. If you answered "Yes" to Questions 5, 13, 23, or 31, has Plaintiff proven by a preponderance of the evidence that the actions of the Defendant THOMAS DECKER were knowing, intentional, and without justification?

Yes _____    No _____

If you answered "Yes" to question number 39, please proceed to question number 40.

If you answered "No" to question number 39, please proceed to question number 41.

40. The Plaintiff JEFFREY KOEPPEL is awarded punitive damages against the Defendant THOMAS DECKER In the following amount.

$ _____.

Please proceed to question number 41.

41.    If you answered "Yes" to Questions 7, 15, 25, or 33, has Plaintiff proven by a preponderance of the evidence that the actions of the Defendant SANFORD C. SHUGART were knowing, intentional, and without justification?

Yes _____            No _____

If you answered "Yes" to question number 41, please proceed to question number 42.

If you answered "No" to question number 41, please proceed to question number 43.

42.    The Plaintiff JEFFREY KOEPPEL is awarded punitive damages against the Defendant SANFORD C. SHUGART in the following amount.

$ _____.

Please proceed to question number 43.

43.    If you answered "Yes" to Question 17, has Plaintiff proven by a preponderance of the evidence that the actions of the Defendant VALENCIA COLLEGE were knowing, intentional, and without justification?

Yes _____            No _____

If you answered "Yes" to question number 43, please proceed to question number 44.

If you answered "No" to question number 43, please proceed to have the Foreperson sign and date the Verdict Form and return it to the courtroom.

44.    The Plaintiff JEFFREY KOEPPEL is awarded punitive damages against the Defendant VALENCIA COLLEGE in the following amount.

$ _____.

Please proceed to have the Foreperson sign and date the Verdict Form and return it to the Courtroom.

Date: June ___, 2017

_____
FOREPERSON